1   STITES & HARBISON PLLC
    Joel T. Beres (Bar No. 125890)
2   Email: jberes@stites.com
    400 West Market Street, Suite 1800
3   Louisville, KY 40202-3352
    Telephone:    (502) 587-3400
4   Facsimile:    (502) 587-6391

5   WOOLLACOTT PLC
    Jay Woollacott, Cal Bar No. 83032
6   E-mail: jw@woollacottplc.com
    10850 Wilshire Blvd., Suite 825
7   Los Angeles, CA 90024
    Telephone:    (310) 481-2222
8   Facsimile:    (310) 481-9801

9
    Attorneys for Plaintiff
10  Skip Hop, Inc.

11              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
12

13
    SKIP HOP, INC., a New York          Case No.  2:15-cv-6339
14  Corporation,
                                        COMPLAINT FOR PATENT
15              Plaintiff,              INFRINGEMENT

16  v.                                  DEMAND FOR JURY TRIAL

17  MUNCHKIN, INC., a Delaware
    Corporation; and
18
    BRICA, INC., a Florida Corporation
19
                Defendants.
20

21

22

23

24

25

26

27

28

STITES &
HARBISON PLLC
ATTORNEYS AT LAW
Louisville
                            - 1 -                    COMPLAINT FOR PATENT
                                                         INFRINGEMENT

1

## COMPLAINT

2   Plaintiff Skip Hop, Inc. ("Plaintiff" or "Skip Hop"), by its attorneys, for its complaint

3   against Defendants Munchkin, Inc. ("Munchkin") and Brica, Inc. ("Brica") (collectively referred

4   to as "Defendants") hereby alleges as follows:

5

## INTRODUCTION

6   1.   This is an infringement action brought by the Skip Hop pursuant to the Patent

7   Laws of the United States, United States Code, Title 35 for damages and to enjoin future

8   infringement.

9

## JURISDICTION

10   2.   This Court has original jurisdiction to hear this matter pursuant to 28 U.S.C.

11   §§ 1331 and 1338(a) because it arises under the Patent Laws of the United States, United States

12   Code, Title 35.

13   3.   This Court has personal jurisdiction over the Defendants in this action on the

14   grounds that, upon information and belief: (a) the Defendants have committed acts of patent

15   infringement in the State of California; (b) the Defendants do business in the State of California;

16   and (c) Brica is a division of Munchkin, and Munchkin's principal place of business is in the

17   State of California.

18

## VENUE

19   4.   Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) because a

20   substantial part of the events giving rise to this claim occurred in this District and because the

21   Defendants are subject to personal jurisdiction in this district.

22   5.   Venue is further proper in this District under 28 U.S.C. § 1400(b) because the

23   Defendants committed acts of infringement in this District.

24

## PARTIES

25   6.   Plaintiff Skip Hop, Inc., is a corporation organized and existing under the laws of

26   New York with its principal place of business located at 50 West 23rd Street, 11th Floor, New

27   York, NY 10010.

28

STITES &
HARBISON PLLC
ATTORNEYS AT LAW
LOUISVILLE

-2-

COMPLAINT FOR PATENT
INFRINGEMENT

7.     Defendant Munchkin, Inc., is a corporation organized under the laws of Delaware with its principal place of business located at 7835 Gloria Ave, Van Nuys, CA 91406, which is within the Central District of California. Munchkin is qualified to do business in California.

8.     Defendant Brica is a corporation organized under the laws of Florida with its principal place of business located at 2126 Cumberland Avenue, Charlotte, NC 28203-6010.

### FACTUAL BACKGROUND

9.     Skip Hop is a market-leading company that creates unique, innovative and highly functional products that make parenting easier, better and more fun.

10.     Skip Hop is a leading producer and seller of baby products and products for parenting to consumers in the United States under the SKIP HOP® brand.

11.     Skip Hop offers for sale spout covers in the shape of whales that brighten up the bath tub while keeping a baby's head safe from bumps. This spout cover is offered for sale under the trademark MOBY™ (the "Moby Cover"). The sleek design of the Moby Cover includes an adjustable strap that fits snugly on most tub spouts, and a tail that is also a handy hook, so the Moby Cover can hang around when bathtime is done.

12.     Similarly, Skip Hop offers for sale spout covers in the shape of ducks under the trademark DUCKY™ (the "Ducky Cover"). Like the Moby Cover, the Ducky Cover includes an adjustable strap that fits snugly on most tub spouts, and a tail that is also a handy hook, so the Ducky Cover can hang around when bathtime is done.

13.     The Moby Cover possesses the following appearance:



STITES &
HARBISON PLLC
ATTORNEYS AT LAW
LOUISVILLE

COMPLAINT FOR PATENT
INFRINGEMENT

14.     The Ducky Cover possesses the following appearance:



15.     The Moby Cover, as pictured above, includes a body structure that has an upper portion, two opposing side portions, and a front portion as well as a receiving area that is defined between the upper portion, the two opposing side portions, and the front portion. The Moby Cover also has a strap that connects the two opposing side portions, which serves the purpose of securing the bath spout to the bath cover. The Moby Cover also contains at least one aperture that is defined by one of the side portions of the body, and this aperture serves the purpose of receiving and end of the strap that connects the two opposing side portions and secures the Moby Cover to the bath spout.

16.     Like Skip Hop, Defendants Brica and Munchkin are in the business of designing, manufacturing, and marketing products intended to promote the safety and entertainment of infants and young children. Skip Hop and Defendants are in direct competition with one another in the baby and parenting products industry.

17.     Upon information and belief, Munchkin currently makes, uses, sells, offers for sale and/or imports offers spout covers in the shape of an elephant (the "Munchkin Cover"). The Munchkin Cover possesses the following appearance:



STITES &
HARBISON PLLC
ATTORNEYS AT LAW
LOUISVILLE

COMPLAINT FOR PATENT
INFRINGEMENT

18.     The Munchkin Cover, as described above, is comprised of a body structure having an upper portion, two opposing side portions, and a front portion, as well as a receiving area defined between the upper portion, the two opposing portions, and the front portion. This receiving area is shown in the photo below:



19.     The Munchkin Cover also contains a strap that is operably connected to the two opposing side portions, which is for securing the bath spout to the bath cover. This strap is shown in the photo above, and both side portions of the Munchkin Cover possess apertures for receiving the ends of the strap.

20.     The upper portion of the Munchkin Cover is designed to fit over a bath spout. The purpose of the Munchkin Cover is to keep a baby's head safe from bumps.

21.     Upon information and belief, Brica currently makes, uses, sells, offers for sale and/or imports offers spout covers in the shape of a turtle (the "Brica Cover"). The Brica Cover possesses the following appearance:



22.     The Brica Cover, as described above, is comprised of a body structure with an exterior facing surface, the body structure having an upper portion, two opposing side portions,

1    and a front portion, as well as a receiving area defined between the upper portion and the two

2    opposing side portions, and the front portion.



23.    The Brica Cover also contains a strap that spans the two opposing side portions

and traverses apertures in both of the side portions. The end portion of the straps on the Brica

Cover have a dimension larger than the dimension of the apertures. The end of the straps extend

through the apertures, as shown below:



24.    The purpose of the Brica Cover is to keep a baby's head safe from bumps.

## U.S. PATENT NO. 9,060,653

25.    On June 23, 2015, U.S. Patent No. 9,060,653 ("the '653 patent") for a "Bath Spout

Cover" was duly, properly and legally issued by the United States Patent and Trademark Office

(the "PTO") to applicant and Plaintiff Skip Hop.

26.    A true and correct copy of the '653 patent, which is incorporated herein by this

reference, is attached to the Complaint as **Exhibit A**.

27.    Skip Hop is the owner of all right, title and interest in the '653 patent.

STITES &
HARBISON PLLC
ATTORNEYS AT LAW
LOUISVILLE

- 6 -

COMPLAINT FOR PATENT
INFRINGEMENT

1       28.    The '653 patent provides a bath spout cover that includes a body structure having

2   an upper portion, two opposing side portions, and a front portion; a receiving area; and a strap

3   spanning the two opposing side portions; and at least one aperture defined by one of the side

4   portions of the body structure, which receives the end of the strap. The '653 patent also provides a

5   method for securing the bath spout cover disclosed in therein to a bath spout.

6       29.    The invention disclosed in the '653 patent is designed to keep a baby's head safe

7   from bumps while the baby is in a bathtub.

8       30.    The Defendants have infringed the '653 patent by making, using, selling, offering

9   to sell, and/or importing bath spout covers, namely, the Brica Cover and the Munchkin Cover,

10   that infringe one or more claims of the '653 patent.

11       31.    The Brica Cover and the Munchkin Cover are covered by and infringe one or more

12   claims of the '653 patent.

13   **COUNT I**

14   **INFRINGEMENT OF U.S. PATENT NO. 9,060,653**

15       32.    Skip Hop realleges and incorporates by reference all preceding paragraphs as

16   though fully set forth herein.

17       33.    The Brica Cover infringes and continues to infringe at least claims 15 through 19

18   

19   of the '653 patent.

20       34.    The Munchkin Cover infringes and continues to infringe at least claims 12 through

21   14 of the '653 patent.

22       35.    Brica's infringement of the '653 patent has been willful, wanton, egregious, and

23   with disregard of Plaintiffs' patent rights and will continue unabated unless enjoined by this

24   Court.

25       36.    Munchkin's infringement of the '653 patent has been willful, wanton, egregious,

26   

27   and with disregard of Plaintiffs' patent rights and will continue unabated unless enjoined by this

28   Court.

STITES &
HARBISON PLLC
ATTORNEYS AT LAW
LOUISVILLE

- 7 -

COMPLAINT FOR PATENT
INFRINGEMENT

37.    Unless the future occurrence of these actions by Defendants is enjoined, Skip Hop will suffer irreparable injury for which there is no adequate remedy at law.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for relief as follows:

1.    An Order requiring that Defendant and its officers, agents, servants, employees, attorneys, privies, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from the continued infringement of U.S. Patent No. 9,060,653;

2.    An award to Skip Hop pursuant to 35 U.S.C. § 284 of damages, not less than a reasonable royalty, adequate to compensate Skip Hop for the infringement of its patent rights;

3.    An award to Skip Hop of prejudgment interest on said sums;

4.    Trebling of said award pursuant to 35 U.S.C. § 284;

5.    An award to Skip Hop pursuant to 35 U.S.C. § 285 of its reasonable attorneys' fees incurred in this case;

6.    An award to Skip Hop of post judgment interest on said sums at the legal judgment rate from date of the judgment;

7.    An award to Skip Hop of the costs of this action;

8.    Any further relief to which the Skip Hop may appear entitled; and

9.    Trial by jury on all issues so triable.

STITES &
HARBISON PLLC
ATTORNEYS AT LAW
Louisville

- 8 -

COMPLAINT FOR PATENT
INFRINGEMENT

1    Dated: August ___, 2015              Respectfully submitted,

2

3                                      SKIP HOP, INC.

4                                      By: s/

                                       Jay Woollacott, Cal Bar No. 83032

5                                      WOOLLACOTT PLC

                                     10850 Wilshire Blvd., Suite 825

6                                      Los Angeles, CA 90024

                                     Telephone:  (310) 481-2222

7                                      Facsimile:  (310) 481-9801

                                     E-mail:       jw@woollacottplc.com

8

9                                      Joel T. Beres, Cal. Bar No. 125890

                                     Melissa H. Smith (to be admitted *pro hac vice*)

10                                   STITES & HARBISON PLLC

                                     401 Commerce St.

11                                   Suite 800

                                     Nashville, TN 37219

12                                   Telephone:  (615) 782-2200

                                     Facsimile:  (615) 782-2371

13                                   E-mail:       jberes@stites.com

                                              mhsmith@stites.com

14

15                                   Stephen J. Weyer (to be admitted *pro hac vice*)

                                     Mari-Elise Taube (to be admitted *pro hac vice)*

16                                   STITES & HARBISON PLLC

                                     1199 North Fairfax St.

17                                   Suite 900

                                     Alexandria, VA 22314

18                                   Telephone:  (703) 837-3932

                                     Facsimile:  (703) 518-2952

19                                   E-mail:       sweyer@stites.com

                                              mtaube@stites.com

20

                                     Attorneys for Plaintiff,

21                                   SKIP HOP, INC.

22

23

24                                **JURY DEMAND**

25         Skip Hop, Inc. requests a jury trial for all triable issues to the extent allowed by the United

26 States Constitution and Federal Rules of Civil Procedure.

27

28

STITES &
HARBISON PLLC
ATTORNEYS AT LAW
LOUISVILLE

- 9 -

COMPLAINT FOR PATENT
INFRINGEMENT

1  Dated: August __, 2015                    Respectfully submitted,

2                                            SKIP HOP, INC.

3                                            By: s/ _Woollacott_

4                                            Jay Woollacott, Cal Bar No. 83032
                                             WOOLLACOTT PLC
5                                            10850 Wilshire Blvd., Suite 825
                                             Los Angeles, CA 90024
6                                            Telephone:    (310) 481-2222
                                             Facsimile:    (310) 481-9801
7                                            E-mail:       jw@woollacottplc.com

8

9                                            Joel T. Beres, Cal. Bar No. 125890
                                             Melissa H. Smith (to be admitted *pro hac vice*)
10                                           STITES & HARBISON PLLC
                                             401 Commerce St.
11                                           Suite 800
                                             Nashville, TN 37219
12                                           Telephone:    (615) 782-2200
                                             Facsimile:    (615) 782-2371
13                                           E-mail:       jberes@stites.com
                                                           mhsmith@stites.com
14

15                                           Stephen J. Weyer (to be admitted *pro hac vice*)
                                             Mari-Elise Taube (to be admitted *pro hac vice)*
16                                           STITES & HARBISON PLLC
                                             1199 North Fairfax St.
17                                           Suite 900
                                             Alexandria, VA 22314
18                                           Telephone:    (703) 837-3932
                                             Facsimile:    (703) 518-2952
19                                           E-mail:       sweyer@stites.com
                                                           mtaube@stites.com
20
                                             Attorneys for Plaintiff,
21                                           SKIP HOP, INC.

22

23

24

25

26

27

28

STITES &
HARBISON PLLC
ATTORNEYS AT LAW
LOUISVILLE

- 10 -                           COMPLAINT FOR PATENT
                                 INFRINGEMENT